# STATE OF LOUISIANA
# COURT OF APPEAL, FIRST CIRCUIT

DONNA LAIRD

VERSUS

PLANTATION MANAGEMENT
COMPANY, L.L.C.

NO.  2021 CW 0543

**JULY 19, 2021**

---

In Re:    Plantation Management Company, L.L.C., applying for supervisory writs, 19th Judicial District Court, Parish of East Baton Rouge, No. 694362.

---

**BEFORE:   WHIPPLE, C.J., WELCH AND WOLFE, JJ.**

**WRIT NOT CONSIDERED.** This writ application fails to comply with Uniform Rules of Louisiana Courts of Appeal, Rule 4-5(C)(10). Relator, Plantation Management Company, L.L.C., failed to include a copy of the pertinent court minutes.  In addition, although not required by the Uniform Rules of Louisiana Courts of Appeal, the writ application does not contain a copy of the transcript of the hearing, which is necessary to this court's review of this matter.

Supplementation of this writ application and/or an application for rehearing will not be considered. Uniform Rules of Louisiana Courts of Appeal, Rules 2-18.7 & 4-9.

In the event relator seeks to file a new application with this court, it must contain all pertinent documentation, the missing items noted above, and must comply with Uniform Rules of Louisiana Courts of Appeal, Rule 2-12.2.  Any new application must be filed on or before August 18, 2021 and must contain a copy of this ruling.

**VGW**
**JEW**
**EW**

COURT OF APPEAL, FIRST CIRCUIT

DEPUTY CLERK OF COURT
FOR THE COURT